UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFS NATURAL RESOURCES INC. | ) | CASE NO. 1:16-cv-03034 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| SENECA COAL RESOURCES, LLC, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Plaintiff Cliffs Natural Resources Inc.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    ( ) Yes    (X) No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    N/A

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ( ) Yes    (X) No

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

    N/A.

8995050.1

Respectfully submitted this 20th day of December, 2016.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | /s/ Robert J. Fogarty |
| OF COUNSEL: | Robert J. Fogarty (Ohio #0006818) |
|  | E. Sean Medina (Ohio #0082558) |
| HAHN LOESER & PARKS LLP | 200 Public Square – Suite 2800 |
|  | Cleveland, Ohio 44114 |
|  | Phone:  (216) 621-0150 |
|  | Fax:  (216) 241-2824 |
|  | Email: rjfogarty@hahnlaw.com |
|  |             smedina@hahnlaw.com |

Attorneys for Plaintiff
Cliffs Natural Resources Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016 a copy of the foregoing *Corporate Disclosure Statement* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

 /s/ Robert J. Fogarty
One of the Attorneys for Plaintiff
Cliffs Natural Resources Inc.