Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLIFFS NATURAL RESOURCES INC.    )    CASE NO.
    )
    Plaintiff,    )    JUDGE
    )
v.    )    **DECLARATION**
    )    **SUBMITTED PURSUANT**
SENECA COAL RESOURCES, LLC, et al.    )    **TO 28 US CODE 1746**
    )
    Defendants.    )
    )

This Declaration is submitted in lieu of answers to interrogatories, which will be forthcoming at an appropriate time.  Relevant objections will be provided at that time.

**ANSWER TO INTERROGATORY NO. 1:**

On or about December 24, 2015, a $50,000 distribution was made to Lara Natural Resources.  On or about December 28, 2015, a $50,000 distribution was made to ENCECO.  On or about January 5, 2016, a distribution in the amount of $1 Million was made to Lara Natural Resources.  On or about January 5, 2016 a distribution was made in the amount of $1,050,000 to Iron Management.  On or about February 9, 2016, a distribution in the amount of $300,000 was made to Iron Management.  In addition, monthly management fees in the approximate amounts of $32,000 and $23,000 have been paid to the Virginia Conservation Legacy Fund and Iron Management respectively.  Finally, in the normal course of business, cash has been transferred to other affiliated companies owned by the members.

Exhibit A

**ANSWER TO INTERROGATORY NO. 2:**

No "Transfer" in connection with the "Restructuring" has taken place and none is

contemplated at this time.  If a transfer is contemplated in the future, the undersigned agree to

provide Cliffs with written notice thirty (30) days prior to the contemplated transfer.

**ANSWER TO INTERROGATORY NO. 3:**

The assets used to fund ERP Iron Ore's purchase of Magnetation derive from

outside, European investors.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2016.

Thomas Clarke                                                    Ana Clarke

Counsel for Defendant(s)

Mark D. Kindt
Attorney-at-Law
16004 Detroit Avenue, Suite 4
Lakewood, Ohio 44107
(216) 521-6024

Ohio Bar No. 0019569

mkindt@kindt.com

Exhibit A

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on Robert Fogarty this 27th day of December 2016 electronic transmission and first class mail.


_____

Mark D. Kindt