# EXHIBIT A

**Bob Fogarty**

| | |
|---|---|
| From: | George Mickum <gbmickum@gmail.com> |
| Sent: | Thursday, December 22, 2016 9:12 AM |
| To: | Bob Fogarty |
| Cc: | Jason McCoy; Chuck Ebetino |
| Subject: | Re: Cliffs v. Seneca Coal et al Case No. 1:16 cv 03034 |

Bob,

As a follow-up to my voicemail, we are willing to state in writing that no asset or money transfer to Tom Clarke is currently contemplated. Although there was an effort to purchase Mr. Clarke's interests in Seneca and Seminole, that undertaking ended before Cliffs filed the present Litigation. To reiterate: No transfer of assets to Mr. Clarke has taken place and no such transfer is contemplated at this time.

We are willing to memorialize the foregoing in a more formal document.

Let me know your thoughts.

Brent

On Tue, Dec 20, 2016 at 1:19 PM, Bob Fogarty <rjf@hahnlaw.com> wrote:

Please see the complaint and motion for expedited discovery which was filed in federal court in Cleveland today.


I would appreciate your letting me know whether we can agree on the limited discovery which we have requested.


Yours truly,

Bob





**Robert J. Fogarty** | Hahn Loeser & Parks LLP

Tel: 216.274.2291 | Fax: 216.274.2491

rjfogarty@hahnlaw.com | hahnlaw.com

1