# EXHIBIT B

## Bob Fogarty

| | |
|---|---|
| **From:** | George Mickum <gbmickum@gmail.com> |
| **Sent:** | Thursday, December 22, 2016 11:23 AM |
| **To:** | Chuck Ebetino |
| **Cc:** | Bob Fogarty |
| **Subject:** | Re: Cliffs/Seneca |

May we still provide the assurance in writing.

Sent from my iPhone

On Dec 22, 2016, at 10:58 AM, Chuck Ebetino <cebetino@erpfuels.com> wrote:

> Bob, this is not happening. Certain parties were going to buy Tom's member interests related to the large re-financing we discussed, but this is off the table right now and the large refinancing itself is not going to close before year end.
>
> From Chuck Ebetino - Sent from my iPhone
>
> On Dec 22, 2016, at 10:46 AM, Bob Fogarty <rjf@hahnlaw.com> wrote:
>
>> Brent,
>>
>> Please see attached December 7 letter.
>>
>> Bob
>>
>> **From:** George Mickum [mailto:gbmickum@gmail.com]
>> **Sent:** Thursday, December 22, 2016 10:39 AM
>> **To:** Bob Fogarty
>> **Cc:** Chuck Ebetino
>> **Subject:** Question
>>
>> Bob,
>>
>> Whom did Cliffs approach to request an assurance that no assets would be transferred to Mr. Clarke?
>>
>> Brent
>>
>> <2016 12 07 Ltr to Seneca.pdf>
>>
>> <image2e003e.JPG>
>>
>> **ERP Compliant Fuels LLC**
>> PO Box 305
>> Madison, WV 25130