UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFS NATURAL RESOURCES INC. | ) | CASE NO. 1:16-cv-03034 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **JOINT MOTION FOR ENTRY OF** |
| SENECA COAL RESOURCES, LLC, *et al.* | ) | **STIPULATED PROTECTIVE ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Parties jointly move for entry of the Stipulated Protective Order attached as Ex. A, which is necessary to protect confidential information and/or documentation requested in discovery by the parties.  Pursuant to the Court's Standing Order, the parties hereto certify that Ex. A conforms with the language used in Appendix L of the Local Rules.

Respectfully submitted,

/s/ Robert J. Fogarty
Robert J. Fogarty (0006818)
E. Sean Medina (0082558)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone:  (216) 621-0150
Fax:  (216) 241-2824
rjfogarty@hahnlaw.com
smedina@hahnlaw.com

*Attorneys for Plaintiff*
*Cliffs Natural Resources Inc.*

/s/  Mark D. Kindt
Mark D. Kindt (0019569)
Attorney-At-Law
16004 Detroit Ave., Suite 4
Lakewood, OH  44107
Phone:  (216) 521-6024
mkindt@kindt.com

*Attorney for Defendants*

9230936.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017, a copy of the foregoing was served via the Court's CM/ECF system, which will give notice to the parties in this action.

                                                /s/ Robert J. Fogarty
                                                One of the Attorneys for Plaintiff

9230936.1