# Exhibit 7



**CLIFFS NATURAL RESOURCES INC.**
200 Public Square, Suite 3300, Cleveland, OH 44114-2315
P 216.694.5700  cliffsnaturalresources.com

SENT VIA EMAIL AND U.S. EXPRESS MAIL – OVERNIGHT COURIER

Seneca Coal Resources, LLC
15 Appledore Lane
P.O. Box 87
Natural Bridge, Virginia 24578
Attention: Thomas M. Clarke

October 3, 2016

      Re:    Request for Indemnification Regarding Claim Against Cliffs Natural Resources Inc.

Dear Ladies and Gentlemen:

This notice is provided to you pursuant to the notice provisions at Sections 8.5 and 9.2 of the Unit Purchase Agreement, dated as of and effective as of December 22, 2015 (the "UPA"), by and among Cliffs Natural Resources Inc. ("Cliffs"), CLF PinnOak LLC and Seneca Coal Resources, LLC ("Seneca"). Capitalized terms used but not defined herein have the respective meanings given to such terms in the UPA.

Pursuant to Section 8.5 of the UPA, there is a pending claim being asserted by a third party against Cliffs Mining Services Company ("CMSC"), which gives rise to a right of indemnification under the UPA. As an Affiliate of Cliffs, CMSC is a Seller Indemnified Party under Section 8.3 of the UPA.

On August 31, 2016, Rex O'Dell ("Plaintiff") filed a Complaint, including certain discovery requests, in Civil Action No. 16-C-114 in the Circuit Court of Wyoming County, West Virginia alleging among other things disability and age discrimination (the "Lawsuit"). We understand that the Lawsuit represents a Liability of PMC and that Plaintiff has also named PMC, Seneca and David Toler, an employee of PMC, as defendants in the Lawsuit. The Complaint filed in connection with the Lawsuit, which we first received on September 27, 2016, is enclosed for your reference.

Under the UPA, including Sections 2.2 and 8.3 thereof, Seneca is required to indemnify each Seller Indemnified Party and hold it harmless for and against any and all Losses arising out of or resulting from Liabilities of PMC, including the Lawsuit.

The amount of the Loss cannot be currently calculated, but it will include any judgment against CMSC and, in any event, the Loss will not be less than the amount of any CMSC's attorneys' fees incurred in the defense of the indemnifiable claim.

[Remainder of page intentionally left blank]

We appreciate your prompt attention to this matter.

Very truly yours,

*[signature]*

Clifford T. Smith
Executive Vice President, Business Development

Encl.

cc:     Pillsbury Winthrop Shaw Pittman LLP
         1540 Broadway
         New York, New York 10036-4039
         Attention: David S. Baxter
         Facsimile: 212-858-1500